**United States District Court**
For the Northern District of California

*E-FILED ON 5/25/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HONGTAO ZHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID STILL, District Director U.S. Citizenship and Immigration Services San Francisco District Office,<br><br>    Defendant. | No. C06-03392 HRL<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* SHOULD BE GRANTED** |

Xin Michelle Shao seeks leave to appear *pro hac vice* in this action. However, the application is deficient because the supporting declaration is unexecuted. In any event, based upon the papers presented, it is not clear whether Ms. Shao would be eligible for such an appearance. *See* Civ. L.R. 11-3(b). Accordingly, no later than **June 5, 2006**, Ms. Shao shall file a response to this order stating why, in view of Civ. L.R. 11-3(b), the application for admission *pro hac vice* should be granted.

Dated:   May 25, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-3392 Notice will be electronically mailed to:**

Xin Michelle Shao shx15@hotmail.com